**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES D. DAWKINS, et al.,

    Plaintiffs,

v.                                                                  CASE NO. 3:03-cv-322-J-20HTS
                                                                CONSOLIDATED
GMAC INSURANCE HOLDINGS,
INC., et al.,

    Defendants.
_____

JEFFREY GOLDSTON, etc.,

    Plaintiff,

v.

GMAC INSURANCE MANAGEMENT
CORPORATION, etc.,

    Defendant.
_____

**O R D E R**

This cause is before the Court on the Unopposed Motion to Allow Plaintiffs to File the Attached Reply to Defendants' Response to Plaintiffs' Motion to Compel Discovery and Overrule Objections (Doc. #280), which is **GRANTED**. Accordingly, Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion to Compel Discovery and Overrule Objections (Doc. #281) is deemed properly filed.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of November, 2005.

                                                     /s/        Howard T. Snyder
                                                     HOWARD T. SNYDER
                                                     UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any