**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES D. DAWKINS, et al.,

    Plaintiffs,

v.                                         CASE NO. 3:03-cv-322-J-20HTS
                                              CONSOLIDATED
GMAC INSURANCE HOLDINGS,
INC., et al.,

    Defendants.

_____

JEFFREY GOLDSTON, etc.,

    Plaintiff,

v.

GMAC INSURANCE MANAGEMENT
CORPORATION, etc.,

    Defendant.

_____

**O R D E R**

This cause is before the Court on Plaintiffs' Motion to Compel Discovery and to Overrule Defendants' Objections to the Depositions of Gary Kusumi and Chris Ainsworth (Doc. #318; Motion). Defendants oppose the Motion. Named Defendants' Response in Opposition to Plaintiffs' Motion to Compel Discovery and to Overrule Defendants' Objections to the Depositions of Gary Kusumi and Chris Ainsworth (Doc. #319; Opposition). Plaintiffs' Reply to Defendants' Response

in Opposition to Plaintiffs' Motion to Compel Discovery and Overrule Objections to the Depositions of Gary Kusumi and Chris Ainsworth (Doc. #323; Reply) is also before the Court. *See* Order (Doc. #324).

First, Defendants have agreed to produce Mr. Ainsworth for deposition as Plaintiffs request. Opposition at 5. It is, however, unclear whether he has been deposed as of the date of this Order. Accordingly, on that issue, the Motion will be granted.

Further, upon review, the deposition of Mr. Kusumi is relevant to matters now pending before the Court--specifically, Named Plaintiffs' Motion for Sanctions, Protective Order and Issuance of Corrective Notice Due to GMAC Insurance Management Corporation's Unilateral and Unauthorized Contact With Potential Class Members (Doc. #295; Motion for Sanctions). *See also* Order (Doc. #335). The communication that is the subject of the Motion for Sanctions seems to have been written by Mr. Kusumi. *See* intranet posting, attached to the Motion as Exhibit A, at (internally numbered) 2; intranet posting, attached to the Memorandum in Support of Named Plaintiffs' Motion for Sanctions, Protective Order and Issuance of Corrective Notice Due to GMAC Insurance Management Corporation's Unilateral and Unauthorized Contact With Potential Class Members (Doc. #297) as Exhibit A, at (internally numbered) 2. Defendants contend that his "name appears on the [posting] simply by virtue of his being CEO." Opposition at 3. Nevertheless, they have failed to state who, if

anyone, other than Mr. Kusumi authored the communication. *See* Reply at 7, 9, 11-12. In light of the circumstances, the deposition will be allowed to proceed.

Accordingly, the Motion (Doc. #318) is **GRANTED** and the depositions at issue shall be taken at a date and time agreeable to all parties no later than fifteen (15) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of February, 2006.

> /s/      Howard T. Snyder
> HOWARD T. SNYDER
> UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any