UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



FILED

2006 MAY -2 I A 10: 24

JAMES D. DAWKINS, PAULA
J. BRAUCHT, SONIA A. ROBERTS,
MARKECHA T. SINGLETARY, LISA
Y. SMITH, individually, and on behalf
of all others similarly situated,
        Plaintiffs,

v.

Case No.  3:03-cv-322-J-99HTS
CONSOLIDATED

GMAC INSURANCE HOLDINGS, INC.,
INTEGON CORP., INTEGON GENERAL
INSURANCE CORP., INTEGON INDEMNITY
CORP., INTEGON PREFERRED INSURANCE CO.,
NOTIONAL GENERAL INSURANCE, CO.,
UNKNOWN COMPANIES 1-50, and JOHN
DOES 1-50
        Defendants.
_____/

JEFFREY GOLDSTON, on behalf of himself and
all others similarly situated,

        Plaintiff,

v.

GMAC INSURANCE MANAGEMENT
CORPORATION,

        Defendant.
_____/

## ORDER

The Court is in receipt of two Motions for Summary Judgment filed by Defendants against Opt-In Plaintiffs Keith Wilson (Doc. No. 404, filed April 28, 2006) and Lydia Edghill (Doc. No. 407, filed April 28, 2006) as well as accompanying memoranda and notices. (Docs.

Nos. 405, 406, 408, 409, all filed April 28, 2006). The Court is aware that Defendants had not received the most recent Order (Doc. No. 410, filed April 29, 2006). In that Order, however, the Court made clear that it will not accept any dispositive motions while this case is stayed. Thus, Defendants' most recent Motions for Summary Judgment (Doc. No. 404, 407) and the documents that accompany them (Docs. Nos. 4-5, 406, 408, 409) are hereby **STRICKEN** from the record.

**DONE AND ENTERED** at Jacksonville, Florida, this 1st day of May, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

John F. Dickinson, Esq.
Margaret P. Zabijaka, Esq.
Robin E. Shea, Esq.
Ben J. Weaver, Esq.
Paul Joseph Cappiello, Esq.
Edward J. Castaing, Esq.
Edward J. Lilly, Esq.
Teri Guttman Valdes, Esq.