UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 OCT -6  P 3: 21

JAMES D. DAWKINS, PAULA
J. BRAUCHT, SONIA A. ROBERTS,
MARKECHA T. SINGLETARY, LISA
Y. SMITH, individually, and on behalf
of all others similarly situated,
        Plaintiffs,

v.            Case No.  3:03-cv-322-J-99HTS
          CONSOLIDATED

GMAC INSURANCE HOLDINGS, INC.,
INTEGON CORP., INTEGON GENERAL
INSURANCE CORP., INTEGON INDEMNITY
CORP., INTEGON PREFERRED INSURANCE CO.,
NOTIONAL GENERAL INSURANCE, CO.,
UNKNOWN COMPANIES 1-50, and JOHN
DOES 1-50
        Defendants.
_____/

JEFFREY GOLDSTON, on behalf of himself and
all others similarly situated,

        Plaintiff,

v.

GMAC INSURANCE MANAGEMENT
CORPORATION,

        Defendant.
_____/

## ORDER

Before the Court is the "Motion of Plaintiff, Joshua Thomas, to Dismiss with Prejudice."

(Doc. No. 417; October 4, 2006.)  After considering the Motion it is accordingly,

**ORDERED, ADJUDGED AND DECREED**

1. The claims brought by Plaintiff, Joshua Thomas, against Defendants, GMAC Insurance Management Corporation, Integon General Insurance Corporation, Integon Indemnity Corporation, Integon Preferred Insurance Company, and National General Insurance, are **DISMISSED WITH PREJUDICE.**

**DONE AND ENTERED** at Jacksonville, Florida, this __ day of October, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

John F. Dickinson, Esq.
Margaret P. Zabijaka, Esq.
Robin E. Shea, Esq.
Ben J. Weaver, Esq.
Paul Joseph Cappiello, Esq.
Edward J. Castaing, Esq.
Edward J. Lilly, Esq.
Teri Guttman Valdes, Esq.